IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Ann R. Rupli**                                         Case No. 8:11-cv-00287-RWT

    **Plaintiff**

vs.                                                   **RESPONSE TO DEFENDANT'S**
                                             **MOTION TO STRIKE**

**Mortgage Electronic Registration**
    **Systems, Inc .**

    **Defendant**

Plaintiff filed a Motion for a Judgment on the Pleadings pursuant to Fed.R.Civ.P. 12(c) [Docket No.'s 24 and 25]. Defendant responded with a Motion to Strike [Docket No. 27], citing authority which holds that a Motion for a Judgment on the Pleadings can only be filed after an Answer, and since no Answer has yet been filed, Plaintiff's Motion for a Judgment on the Pleadings is premature.

The authorities cited by Defendant are controlling. Accordingly, Plaintiff is hereby abandoning her Motion for a Judgment on the Pleadings.

                              Respectfully submitted;

                              /s/ Norman L. Sirak
                              _____
                                Norman L. Sirak, Bar # 29518
                                4035 Cinwood Street
                                Massillon, Ohio 44646
                                Phone (330) 478 - 1947

       Email nsirak@parolereform.com

       /s/ Dan Rupli
       _____
       Dan Rupli, Esq.
       18 E. Orndorff Drive
       Brunswick, Md.  21716
       Phone (240) 481 2677
       Email Rupli@aol.com

## Certificate of Service

A copy of the foregoing and all attachments will be sent to Alan Freeman, and John Lucian of Blank Rome LLP, at 600 New Hampshire Ave. N.W., Washington, D.C. 20037 via the Court's electronic filing system.

       /s/ Norman L. Sirak
       _____
       Norman L. Sirak