# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ANN R. RUPLI** | * |
| Plaintiff, | * |
| v. | *   Civil Case No.: RWT 11-0287 |
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** | * |
| Defendant. | * |

## ORDER

Upon consideration of Plaintiff's Motion for Judgment on the Pleadings [ECF No. 24], Defendant's Motion to Strike Plaintiff's Motion for Judgment on the Pleadings [ECF No. 27], the Plaintiff's response thereto "abandoning her Motion for a Judgment on the Pleadings" [ECF No. 28], and the Court concluding that Plaintiff's Motion for Judgment on the Pleadings is premature because Defendant has not yet filed an answer,[1] it is this 11th day of April 2011, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion for Judgment on the Pleadings [ECF No. 24] is **DENIED**; and it is further

**ORDERED**, Defendant's Motion to Strike Plaintiff's Motion for Judgment on the Pleadings [ECF No. 27] is **DENIED AS MOOT**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

---

[1] *See e.g., Little v. Fed. Bureau of Investigation*, 793 F. Supp. 652, 653 (D. Md. 1992), aff'd 1 F.3d 255 (4th Cir. 1993) ("[A] motion for judgment on the pleadings is plainly inappropriate here, because the pleadings have not been closed by answers from all defendants.")