**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **ANN R. RUPLI** | * |
| Plaintiff, | * |
| v. | * Case No.: RWT 11cv00287 |
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** | * |
| Defendant. | * |

## ORDER

Upon consideration of Defendant Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss [ECF No. 26], Plaintiff's Motion to Strike Portions of Motion to Dismiss [ECF. No. 29], and the argument of counsel, it is for reasons stated on the record, the 21st day of October, 2011, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion to Dismiss is hereby **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Motion to Strike Portions of Motion to Dismiss is hereby **DENIED**; and it is further

**ORDERED**, that judgment for costs be entered in favor of the Defendant; and it is further

**ORDERED**, that the Clerk of the Court close the case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE