# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**Ann R. Rupli**                        **Case # 8:11-cv-00287-RWT**

*Plaintiff,*

**Judge Roger Titus**

vs.

**Mortgage Electronic Registration**          **Notice of Appeal**
**Systems, Inc.**

*Defendant.*

Notice is hereby given that Ann R. Rupli, Plaintiff - Appellant herein, hereby appeals from the final Order and Judgment of the District Court to the United States Court of Appeals for the Fourth Circuit.  District Court Judge Roger Titus issued his decision from the Bench. A transcript of a hearing and his decision were added to the Record as Docket No. 44. A copy of this transcript is attached as Exhibit A. The Court's decision begins on page 17 and concludes on page 24. A statement of the issues being appealed by Plaintiff is attached as Exhibit B.

Respectfully submitted by

/s/ Norman L. Sirak
_____
Norman L. Sirak #29518
4035 Cinwood Street
Massillon, Ohio  44646
Phone (330) 478 1947
Email nsirak@parolereform.com

1

/s/ Dan Rupli
_____

Dan Rupli, Esq.
18 E. Orndorff Drive
Brunswick, Md.  21716
Phone (240) 481 2677
    Email Rupli@aol.com

## Certificate of Service

A copy of the above Notice of Appeal will be sent via the Court's electronic filing system to all parties listed on this case.

/s/ Norman L. Sirak
_____

By Norman L. Sirak